**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **KLEIN TOOLS, INC.**, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | Case No: 1:26-cv-12254 |
| | ) | |
| v. | ) | Hon. Steven C. Seeger |
| | ) | |
| **ONLINEBAZAR INC** and **SARFRAZ ALI SHAIKH** | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**AGREED MOTION FOR ENTRY OF PROPOSED JUDGMENT,**
**PERMANENT INJUNCTION, AND RELEASE OF FUNDS**

Pursuant to Federal Rule of Civil Procedure 41(a), plaintiff Klein Tools, Inc. ("Plaintiff" or "Klein") and Defendants onlinebazar Inc and Sarfraz Ali Shaikh (collectively, Defendants") (Defendants together with Klein, the "Parties") submit this motion for entry of proposed final judgment, permanent injunction, and order directing Amazon.com Inc. ("Amazon") to release funds held in Defendants' account with Amazon to Klein. In support, the Parties state as follows:

1. Klein filed its complaint in this action on October 6, 2026. (Dkt. No. 1.)

2. The Parties have reached a confidential agreement on settlement terms that will resolve this case in full. The Parties' settlement is conditioned on the Court entering the proposed Order Granting Injunctive Relief and Directing Transfer of Funds in Defendants' Amazon Account that has been submitted to the Court's proposed order e-mail inbox concurrently with this motion. Each of the Parties has agreed to the terms in the Proposed Order Granting Injunctive Relief and Directing Transfer of Funds in Defendants' Amazon Account.

3. The Parties agree and request that the Court's order require Amazon to transfer the funds currently held in Defendants' account with Amazon to Klein, which Klein understands is agreeable to Amazon. Specifically, Amazon has indicated that it will not release certain funds held in Defendants' account absent a court order. It is the Parties' understanding that unless this Court orders Amazon to disburse the funds held in Defendants' account with Amazon, Amazon will not do so and will continue to hold the funds. The Parties are unable to effectuate settlement absent the transfer of the funds from Amazon to Klein. Each of the Parties has agreed to the terms in the proposed Order.

4. Based on the Parties' settlement agreement and the Parties' interest in resolving this matter efficiently, the Parties agree that judgment against Defendants is appropriate.

WHERERFORE, the Parties respectfully request that this Court enter the proposed Order Granting Injunctive Relief and Directing Transfer of Funds in Defendants' Amazon Account, retain jurisdiction over this matter only for the purpose of enforcing and/or adjudicating claims that a party has violated the Order Granting Injunctive Relief and Directing Transfer of Funds in Defendants' Amazon Account, and grant such other relief the Court deems just and appropriate.

Dated: October 21, 2026

Respectfully submitted,

*/s/ Andrew D. LeMar*
Andrew D. LeMar
Burke, Warren, MacKay & Serritella, P.C.
330 North Wabash Avenue, Suite 2100
Chicago, Illinois 60611-3607
Telephone: (312) 840-7000
Facsimile: (312) 840-7900
alemar@burkelaw.com
***Attorneys for Plaintiff Klein Tools, Inc.***

*/s/ Jason Powell*
Jason Powell
Stockman & Poropat, PLLC
40 Broadway, Suite 201
Lynbrook, NY 11563
Telephone: 718-540-7947
jpowell@stockmanporopat.com
***Attorney for Defendants onlinebazar Inc and Sarfraz Ali Shaikh***

## CERTIFICATE OF SERVICE

On October 21, 2026, the undersigned caused the foregoing Agreed Motion for Entry of Proposed Judgment, Permanent Injunction, and Release of Funds to be filed electronically with the Northern District of Illinois, and served upon all parties registered to receive notice via the Court's CM/ECF system.

/s/ Andrew D. LeMar
Andrew D. LeMar

4931-6239-6122.v1